UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

BRIAN FISCHLER, Individually and on behalf of
all other persons similarly situated

                              Plaintiff,

                               vs.                           Docket No.:  1:19-cv-01057-KAM-PK

EZ FESTIVALS, LLC d/b/a Electric Zoo,

                              Defendant.
_____

## STIPULATION OF DISMISSAL
## WITH PREJUDICE AND ON THE MERITS

       WHEREAS, the parties have fully settled and compromised the above captioned action; and

       WHEREAS the plaintiff has executed a Confidential Settlement Agreement;

       NOW, THEREFORE, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties agree and stipulate that plaintiff's complaint shall be dismissed, with prejudice and on the merits, that each party shall bear their own fees and costs in connection with this action, and that the Clerk of the Court may file this Stipulation of Dismissal without providing further notice.

Dated: July 2, 2019                                                          Dated: July 19, 2019

**RUPP BAASE PFALZGRAF CUNNINGHAM LLC**           **LIPSY LOWE LLP**
Attorneys for Defendant                                                    Attorney for Plaintiffs

By: _____                          By: _____
     Marco Cercone, Esq.                                               Douglas B. Lipsky, Esq.
     424 Main Street                                                       Christopher H. Lowe, Esq.
     1600 Liberty Building                                        630 Third Avenue, 5th Floor
     Buffalo, New York 14202                                  New York, NY 10017-6705
     Tel.: (716) 854-3400                                           212-392-4772
     Cercone@ruppbaase.com                                 doug@lipskylowe.com
                                                                        chris@lipskylowe.com